CLEMENTE MACCIA, PLAINTIFF AND APPELLEE, v. ANTONIO STANZIONE, DEFENDANT AND APPELLANT.

Submitted March 20, 1913—Decided June 6, 1913.

1. Under the act providing for appeals from District Courts of this state to the Supreme Court (*Pamph. L.* 1902, *p.* 565; as amended, *Pamph. L.* 1910, *p.* 236; *Comp. Stat., p.* 2016, § 213a), the appellant must bring up, with the state of the case, a certified transcript of the judgment record in the court below.

2. Under rule 90 of the Supreme Court, upon the argument of an appeal from the District Court, the appellant must furnish to the court, with the state of the case and the copy of the judgment record, a copy of his "specification of the determinations or directions of the District Court with respect to which he is dissatisfied in point of law."

On appeal from the First District Court of the City of Newark.

Before Justices TRENCHARD, PARKER and VOORHEES.

For the appellant, *Gaetano M. Belfatto.*

For the appellee, *Anthony R. Finelli.*

The opinion of the court was delivered by

TRENCHARD, J. Under the act providing for appeals from the District Courts of this state to the Supreme Court (*Pamph. L.* 1902, *p.* 565; as amended, *Pamph. L.* 1910, *p.* 236; *Comp. Stat., p.* 2016, § 213a), the appellant must bring up, with the state of the case, a certified transcript of the

judgment record in the court below. *Katzin* v. *Jenny,* 45 *Vroom* 131; *Nissel* v. *Swinley, Id.* 344; *Smith Co.* v. *Oathout,* 46 *Id.* 438. This the appellant in the present case has failed to do.

Under rule 90 of this court, upon the argument of an appeal from the District Court, the appellant must furnish to the court, with the state of the case and the copy of the judgment record, a copy of his "specifications of the determinations or directions of the District Court with respect to which he is dissatisfied in point of law."

This also the appellant has failed to do.

The appeal will be dismissed, with costs.